DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

JAN 20 '10 AM 9:35 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
ROWELL, JEFFREY C.

Case No. 05-07675-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $100.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| ROWELL, JEFFREY C. | 4170 120TH AVE.SE<br>TENINO, WA 98589 | $100.00 |

Dated: January 15, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4873789    1-20-10    $100²²